IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01136-CBS

VALERIE ROBINSON,
    Plaintiff,

v.

CACH, LLC, a Colorado limited liability company,
    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

The court having reviewed Plaintiff's Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, IT IS ORDERED that this civil action is dismissed with prejudice, with each party to pay her or its own attorney's fees and costs.

Dated at Denver, Colorado this 3rd day of June, 2014.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge